**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICHARD WON CHO,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>P.D. BRAZELTON, Acting Warden,<br><br>　　　　　Respondent. | Case No. CV 12-6540 BRO (SS)<br><br>**ORDER ACCEPTING FINDINGS,**<br>**CONCLUSIONS AND**<br>**RECOMMENDATIONS OF UNITED**<br>**STATES MAGISTRATE JUDGE** |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, the original Report and Recommendation of the United States Magistrate Judge, the Objections to the original Report and Recommendation and the Amended Report and Recommendation of the United States Magistrate Judge. After having made a de novo determination of the portions of the Report and Recommendation to which Objections were directed, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge as set forth in the Amended Report and Recommendation.

\\

\\

1 **IT IS ORDERED** that the Petition is denied and Judgment shall
2 be entered dismissing this action with prejudice.
3
4 **IT IS FURTHER ORDERED** that the Clerk serve copies of this
5 Order and the Judgment herein on Petitioner and counsel for
6 Respondent.
7
8 **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: September 28, 2015

HONORABLE BEVERLY REID O'CONNELL
UNITED STATES DISTRICT COURT JUDGE