1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10

11

RICHARD WON CHO,                           Case No. CV 12-6540 BRO (SS)

12

        Petitioner,

13

    v.                                              **JUDGMENT**

14

P.D. BRAZELTON, Acting Warden,

15

        Respondent.

16

17

    Pursuant to the Court's Order Accepting Findings,

18

Conclusions and Recommendations of United States Magistrate

19

Judge,

20

21

    IT IS HEREBY ADJUDGED that the above-captioned action is

22

dismissed with prejudice.

23

24

25

26

Dated: September 28, 2015

27

HONORABLE BEVERLY REID O'CONNELL
UNITED STATES DISTRICT COURT JUDGE

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28